IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAUD ABDULLAH HOLIDAY,** : | **CIVIL NO. 1:15-CV-1290** |
| Petitioner : | |
| : | **(Judge Rambo)** |
| v. : | **(Magistrate Judge Carlson)** |
| **UNITED STATES,** : | |
| Respondent : | |

## **O R D E R**

AND NOW, this 22nd day of July, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation that this case be transferred to the District of Columbia Superior Court.

2) The Clerk of Court shall transfer this case and close the file in this district.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge