IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAUD ABDULLAH HOLIDAY,** : | |
| : | **Civ. No. 1:15-cv-1290** |
| Petitioner : | |
| : | |
| v. : | |
| : | |
| **THE UNITED STATES OF AMERICA,** : | |
| : | **Judge Sylvia H. Rambo** |
| Respondent : | |

# <u>M E M O R A N D U M</u>

Before the court are the following documents which were filed by Holiday on April 26 and 27, 2016: Docs 21, 22, 23, 24, 25, 26, 27, 28, and 29. The documents are largely unintelligible. Although the documents were filed to the captioned action, this case was transferred to the District of Columbia Superior Court by order dated July 22, 2015. (Doc. 11.)

To the extent that the documents are decipherable, they appear to allege two separate claims: (1) habeas corpus and (2) 42 U.S.C. § 1983. The habeas claims are the same as those claims in the original action that was transferred to the D.C. court and are not cognizable before this court. To the extent that Holiday is raising claims related to the treatment he is receiving in prison, he must file a new complaint that complies with Federal Rule of Civil Procedure 8. This complaint must be filed to a new number. Holiday was previously advised of this by order dated February 18, 2016 (Doc. 17), yet continues to ignore this directive.

An appropriate order will enter.

s/Sylvia H. Rambo
United States District Judge

Dated: April 28, 2016