IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAUD ABDULLAH HOLIDAY** | : | **Civil No. 1:15-cv-1290** |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

### M E M O R A N D U M

Before the court is a motion for reconsideration of the court's July 22, 2015 order (Doc. 11) transferring this case to the District of Columbia Superior Court. In the instant motion for reconsideration (Doc. 38), Holiday requests that this court hold a trial and grant him conditional release from custody. He claims that he is innocent of the charges for which he was found guilty in the District of Columbia.

Once again, this court does not have jurisdiction over his 28 U.S.C. § 2241 petition. Holiday does not have access to this court simply because he has been unable to obtain the requested relief from the District of Columbia Superior Court.

The motion for reconsideration will be denied. An appropriate order will issue.

s/Sylvia Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: January 4, 2017