IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAUD ABDULLAH HOLIDAY** | : | **Civil No. 1:15-cv-1290** |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

AND NOW, this 4th day of January, 2017, the motion for reconsideration of this court's July 22, 2015 order (Doc. 38) is **DENIED**. For the reasons set forth in the memorandum, this court declines to issue a certificate of appealability.

                                                 s/Sylvia Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge